**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:13-MJ-1384TBM | **DATE:** | June 6, 2013 |
| **HONORABLE THOMAS B. McCOUN III** | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELISSA WILLIAMS | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Natalie Hirt Adams | |
| | | **DEFENSE COUNSEL**<br>Howard Anderson, AFPD | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 2:31-2:36 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:  INITIAL APPEARANCE  (EDKY - Rule 5)**

Deft provided w/copy of Petition
ARREST DATE:  6/6/2013
Court summarized charges
Court advises of Deft's Rule 5 rights
Financial Affidavit submitted for approval
FPD appointed for initial proceedings only
Defendant reserved right to bond hearing in district of offense
Court orders Defendant DETAINED pending transport to Kentucky