**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**     Case No. 8:13-MJ-1384TBM

**MELISSA WILLIAMS,**

    **Defendant.**
_____/

## O R D E R

The Defendant is before the court on allegations that she has violated conditions of pretrial release. Records before the court indicate that on or about June 11, 2012, the Defendant was ordered released on conditions in the Eastern District of Kentucky where she faces charges related to the illegal distribution of drugs. The Defendant was permitted to reside in the Middle District of Florida subject to all conditions of release. It appears that on March 5, 2013, the Defendant was arrested on state drug trafficking allegations and released on bond. Thereafter, the Defendant contacted her pretrial services officer but denied any contact with law enforcement and accordingly, a warrant for her arrest for violations of conditions of release was issued May 25, 2013. Defendant has been advised of the allegations against her, her right to counsel, and her right to hearing on the alleged violations upon her return to the Eastern District of Kentucky. The Defendant waives any allegations regarding identity.

The Defendant is committed to the custody of the U.S. Marshal for transport at its earliest convenience to the Eastern District of Kentucky, London division, for further

proceedings on the alleged violation of conditions of release as well as the underlying criminal allegation.

**Done and Ordered** in Tampa, Florida this 6th day of June 2013.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE