## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | COMMITMENT |
| v. | TO ANOTHER DISTRICT |
| MELISSA WILLIAMS | CASE NO. 8:13-MJ-1384TBM |

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Petition | Violation of pretrial release | Eastern District of Kentucky |
| | | 6:11-cr-77 |
| **Description:** | | |

| PROCEEDINGS |
|---|
| BOND STATUS: **Detained** |
| COUNSEL: AFPD |
| INTERPRETER: NA |

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **MELISSA WILLIAMS** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver her to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 7, 2013

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
| Date | United States Marshal | By Deputy Marshal |